1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9                        ----oo0oo----

10   UNITED STATES OF AMERICA,
                                        NO. CR. S-05-333 WBS
11           Plaintiff,

12        v.

     ERIC JAMES WELLS,
13                                      <u>RELATED CASE ORDER</u>
             Defendant.
14   _____/

15   UNITED STATES OF AMERICA,
                                        NO. CR. S-05-335 DFL
16           Plaintiff,

17        v.

     KRISTINA MICHELE DOMINGO,
18           Defendant.

19   _____/

20   UNITED STATES OF AMERICA,

21           Plaintiff,
                                        NO. CR. S-05-336 FCD
     v.
22
     YOLANDA MARTINEZ,
23
             Defendant.
24   _____/

25                       ----oo0oo----

26           Examination of the above-entitled actions reveals that

27   these actions are related within the meaning of Local Rule 83-

28   123, E.D. Cal. (1997).  Count one of Indictment S-05-0333 and

1  count one of Indictment S-05-335 involve the same instrument, and

2  count one of Indictment S-05-336 involves a transaction at which

3  defendant Wells was allegedly present.  Accordingly, the

4  assignment of the matters to the same judge is likely to effect a

5  substantial saving of judicial effort and is also likely to be

6  convenient for the parties.

7        The parties should be aware that relating the cases

8  under Local Rule 83-123 merely has the result that these actions

9  are assigned to the same judge; no consolidation of the actions

10 is effected.

11       IT IS THEREFORE ORDERED that the actions denominated

12 CR. S-05-335 DFL and CR. S-05-336 FCD be, and the same hereby

13 are, reassigned to WILLIAM B. SHUBB for all further proceedings.

14 Henceforth the captions on all documents filed in the reassigned

15 cases shall be shown as CR. S-05-335 WBS and CR. S-05-336 WBS,

16 and any dates currently set in these reassigned cases only are

17 hereby VACATED, and the United States Attorney shall see that the

18 reassigned cases are placed on a regularly scheduled criminal

19 calendar of the undersigned judge for status conference.

20       IT IS FURTHER ORDERED that the Clerk of the Court make

21 appropriate adjustment in the assignment of criminal cases to

22 compensate for this reassignment.

23       IT IS SO ORDERED.

24 DATED: August 24, 2005.

25

26 _____

27 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

28