```
                                              FILED
                                              September 8, 2005
       UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
          EASTERN DISTRICT OF CALIFORNIA      CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. CR.S-05-0335-WBS
       Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
KRISTINA MICHELE DOMINGO, )
)
       Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __KRISTINA MICHELE DOMINGO__ , Case No. __CR.S-05-0335-WBS__ , Charge __18USC § 1344 - BANK FRAUD__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 8, 2005__ at __11:44 am__ .

                By   /s/ Gregory G. Hollows
                      Gregory G. Hollows
                      United States Magistrate Judge

Copy 5 - Court