```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KRISTINA MICHELLE DOMINGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>KRISTINA MICHELLE DOMINGO,          )<br>                                    )<br>            Defendants.             )<br>_____) | No. Cr-S-05-335 WBS<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Date:  October 5, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Camil Skipper, Assistant United States Attorney, Linda C. Harter, Attorney for Kristina Michelle Domingo, that the current status conference date of September 28, 2005 be vacated and the new status conference date of October 5, 2005 at 9:00 a.m. be set.

The time is excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Code T4.

///

///

1  Defense counsel has received discovery in this case but needs to
2  review the discovery as well as the guidelines with her client.
3  Dated: September 26, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

     s/Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
KRISTINA MICHELLE DOMINGO


McGREGOR W. SCOTT
United States Attorney


      s/Camil Skipper
CAMIL SKIPPER
Assistant U.S. Attorney

**O R D E R**

GOOD CAUSE APPEARING, **IT IS SO ORDERED**.  The date for the status conference in this matter is hereby re-set for October 5, 2005, at 9:00 a.m.  Time is hereby excluded from September 28, 2005 to and including October 5, 2005 at 9:00 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4.

Dated: September 27, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and [proposed] order              2