# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA


FILED
OCT 5 2005
CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## PRETRIAL SERVICES VIOLATION PETITION

The United States,
-vs-
Kristina Michele Domingo         Docket No. CRS. 05-335-WBS

COMES NOW Sandra D. Hall, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Kristina Michele Domingo, who was placed on bond by the Honorable Gregory G. Hollows, sitting in the Court at Sacramento, California, on the 8th day of September, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:1344(2) - Bank Fraud (3 counts)

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 26, 2005, the defendant submitted a urine sample for testing at Turning Point Stockton, which subsequently tested positive for methamphetamine.

**PRAYING THAT THE COURT WILL ORDER** This matter placed on this Court's calender on Tuesday, October 11, 2005, at 2:00 p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On File with Pretrial Services
**TELEPHONE NUMBER:** On File with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Sandra D. Hall
Sandra D. Hall
Pretrial Services Officer
DATE: October 5, 2005

### ORDER

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

**X** The Court hereby orders this matter placed on this court's calendar on _October 11, 2005_, at _2:00_ am/**pm** and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this _5th_ day of _October_, 200_5_, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 8/99

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

5. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

6. You shall submit to drug or alcohol testing as approved by the pretrial services officer; and

7. You shall seek and or maintain employment or attend school or other approved Cal Works activities and provide written verification to Pretrial Services.

**CHRONOLOGY OF EVENTS:**

The defendant's case has been set for status conference before Judge Shubb on November 9, 2005.