UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 25, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KRISTINA M. DOMINGO ) <br> ) <br> Defendant. ) | Case No. CR. S-05-335 WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KRISTINA M. DOMINGO , Case No. CR. S-05-335 , Charge Bank Fraud  from custody, subject to the following conditions:

    ✔   Release on Personal Recognizance

    _   Bail Posted in the Sum of $__

          _   Unsecured Appearance Bond

          _   Appearance Bond with 10% Deposit

          _   Appearance Bond with Surety

          _   Corporate Surety Bail Bond

    ✔   (Other)    Defendant sentenced to time served.

Issued at Sacramento, CA  on January 25, 2006  at 9:30 am .

By /s/ William B. Shubb
William B. Shubb.
United States District Judge

Original - U.S. Marshal